UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT O'NEIL

Plaintiff,

v.

ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED

Defendant.

**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**

**Case No.: 1:18-cv-10186-CM**

IT IS HEREBY STIPULATED by Plaintiff Robert O'Neil and Defendant Associated Newspapers (U.S.A.) that the case should be dismissed with prejudice with each side to bear its own costs and attorney's fees.

Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: July 12, 2019

*Attorneys for Plaintiff Robert O' Neil*

Eric Feder
Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, New York 10020
212-489-8230
EricFeder@dwt.com

*Attorneys for Defendant Associated Newspapers (U.S.A.) Limited*